ORDERED.

Dated: September 21, 2018

_____
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In Re:  James L. Simmons                              Case No.: 8:17-bk-07286-CPM
        Debtor                                        Chapter 13
_____/

**ORDER ON OBJECTION TO CLAIM NO. 8 OF HMF FL E, LLC AND CANCELLING HEARING SCHEDULED FOR SEPTEMBER 24, 2018 AT 4:00 PM**

This cause came before the Court without a hearing upon Debtor's Objection (Doc. 21) to Claim No. 8 of HMF FL E, LLC ("HMF" or "Creditor"). Debtor and Creditor have filed a Stipulation (Doc. 29) resolving the Objection on certain terms. With the Court being duly advised, and in accordance with the stipulation, it is hereby

**ORDERED:**

1. The final hearing on Debtor's Objection (Doc. 21) to Claim No. 8 scheduled for September 24, 2018 at 4:00 PM is **CANCELLED.**

2. The Stipulation as to Claim No. 8 (Doc. 29) is hereby **APPROVED.** Claim No. 8 shall be an allowed, secured claim in HMF's favor in the amount of **$4,114.97**. Additional interest will not accrue on this amount throughout the life of the plan.

3. Debtor and Creditor shall each bear their own costs and fees for all proceedings in this case related to Claim No. 8.

\*Attorney Christopher Mat Hittel is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.